UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY M. GARCIA,<br>    Petitioner<br>    v.<br>B. CATES,<br>    Respondent. | Case No. 2:21-cv-07099-MWF (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: December 10, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE